Michael Connett (SBN300314)
Rachel N. Minder (*pro hac vice*)
Leslie Pescia (*pro hac vice*)
Siri and Glimstad LLP
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
mconnett@sirillp.com
rminder@sirillp.com
lpescia@sirillp.com

Attorneys for Plaintiff Golnaz Paya

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLNAZ PAYA, individually and on behalf of all others similarly situated, | CASE NO. 2:24-CV-10065-JLS-PD |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| MACY'S INC., | |
| Defendant. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Golnaz Paya and Defendant Macy's Inc. (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that the above-entitled action, including all claims asserted therein, shall be dismissed in its entirety <u>with</u> prejudice. No class was certified, and this dismissal will bind only the Parties, and therefore notice and approval are not required under Federal Rule of Civil Procedure 23(e).

**IT IS SO STIPULATED.**

Respectfully submitted:

DATED: July 27, 2026                    SIRI & GLIMSTAD LLP

*Leslie L. Pescia*
Michael Connett
Rachel N. Minder (*pro hac vice*)
Leslie Pescia (*pro hac vice*)

Attorneys for Plaintiff Golnaz Paya


DATED: July 27, 2026                    BALLARD SPAHR LLP

*Meegan Brooks*
Stephanie A. Sheridan
Meegan B. Brooks
Whitney R. Miner
Brianna Howard

Attorneys for Defendant Macy's Inc.

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the filer of this document, Leslie Pescia, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE